In the Matter of the Application of ADELBERT D. CLARK, Appellant, for a Peremptory Order of Mandamus against EDWARD B. GREEN and Others, as the STATE BOARD OF EXAMINERS OF ARCHITECTS, Respondents.

Order affirmed, with ten dollars costs and disbursements. The remedy, if any, is certiorari. Hill, P. J., Rhodes, Crapser and Heffernan, JJ., concur; McNamee, J., concurs in affirmance.

McNAMEE, J. (concurring). Mandamus is a special proceeding, terminating in a final order, and the costs thereon are fixed by section 1492 of the Civil Practice Act, and are the same as on an appeal from a final judgment, and accordingly the respondents are entitled to costs as on an appeal from a final judgment.

In the Matter of the Application of THE 134 WILLIAM STREET Co., INC., Appellant, for a Mandamus Order against JOHN J. BENNETT, JR., as an Individual and as Attorney-General of the State of New York, and Others, Respondents.

Order affirmed, with ten dollars costs and disbursements. Hill, P. J., Crapser, Bliss and Heffernan, JJ., concur; McNamee, J., concurs in affirmance.

McNAMEE, J. (concurring). Mandamus is a special proceeding, terminating in a final order, and the costs thereon are fixed by section 1492 of the Civil Practice Act, and are the same as on an appeal from a final judgment, and accordingly the respondents are entitled to costs as on an appeal from a final judgment.

ABRAHAM SHEINER, Respondent, v. HARRY KREITZER, Appellant.

Judgment and order reversed on the law and facts, with costs, and motion denied, with ten dollars costs, on the ground that an arguable issue was presented. Hill, P. J., Rhodes, Crapser and Bliss, JJ., concur; Heffernan, J., dissents.

HEFFERNAN, J. (dissenting). I am convinced that the issue presented by appellant is not genuine but feigned and that his answer is a sham interposed for the purpose of delay. (McDonald v. Amsterdam Building Co., 232 App. Div. 382; affd., 259 N. Y. 533.) I, therefore, vote to affirm the order and judgment under review.

JOHN J. GREED and Another, Appellants, v. EDMUND J. ROCHE and Others, Respondents.*

Order affirmed, with ten dollars costs and disbursements. Hill, P. J., McNamee, Crapser and Bliss, JJ., concur; Heffernan, J., dissents.

HEFFERNAN, J. (dissenting). I dissent and vote to reverse the order and deny the motion. Under the allegations of their complaint appellants are entitled to

*Affd., 264 N. Y. 466.